# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 285 MAL 2015

              Respondent       :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

           v.                :

                            :

LUIS NESTOR MARTINEZ,          :

                            :

            Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.